JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE D., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, Commissioner of Social Security, <br><br> Defendant. | NO. CV 24-5759-AB (AGR) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff, the decision of the Commissioner is reversed, and this action is remanded to the Commissioner for further administrative proceedings.

DATED: July 24, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1