Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX: (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Danielle Douglas

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DOUGLAS, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:24-cv-05759-AB-AGR <br><br> [~~PROPOSED~~] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FIVE THOUSAND DOLLARS** ($5,000.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: October 21, 2025

_____
HON. Alicia G. Rosenberg
United States Magistrate Judge